**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

KAMRONBEK NIGMATOV,               )
                                  )
    Petitioner,               )
                                  )
v.                                )
                                  )    Case No. CIV-25-1515-SLP
KRISTI NOEM, et al.,              )
                                  )
    Respondents.              )

**O R D E R**

The Court is in receipt of Petitioner's Objection [Doc. No. 12] and Respondents' Objection [Doc. No. 13] to the Report and Recommendation. Given the nature of these proceedings, the Court expedites the deadline to file an optional response to the Objections, *see* Fed. R. Civ. P. 72(b)(2), making the responses due on or before February 11, 2026. Should the parties wish to respond to the Objection and require more time, they shall file a motion seeking additional time.

IT IS SO ORDERED this 6th day of February, 2026.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE