**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

KAMRONBEK NIGMATOV,       )
                          )
        Petitioner,       )
                          )
v.                        )
                          )   Case No. CIV-25-1515-SLP
KRISTI NOEM, et al.,      )
                          )
        Respondents.      )

## JUDGMENT

Pursuant to the Court's Order entered this same date, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is GRANTED IN PART. In accordance with the Order, Respondents shall provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a), or release Petitioner.

ENTERED this 4th day of March, 2026.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE